1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

6  Attorney for Defendant
   KATHLEEN CHAPIN-ASHCRAFT

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,              )   NO. 6:11-mj-00159 MJS
                                          )
12          Plaintiff,                    )   WAIVER OF DEFENDANT'S PERSONAL
                                          )   PRESENCE AT PRETRIAL,NON-SUBSTANTIVE,
13     v.                                 )   AND/OR REVIEW  PROCEEDINGS;
                                          )   ORDER THEREON
14 KATHLEEN CHAPIN-ASHCRAFT,              )
                                          )
15          Defendant.                    )   Judge: Honorable Michael J. Seng
                                          )
16 _____)

17         Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Kathleen Chapin-Ashcraft, having been

18 advised of her right to be present at all stages of the proceedings, including but not limited to arraignment

19 and/or initial appearance, plea, status conference, motions hearing, when the case is ordered set for trial,

20 when a continuance is ordered,  presentation of arguments on questions of law, to be confronted by and to

21 cross-examine all witnesses, to present evidence in her own defense, and to litigate all issues by either jury

22 or court trial, entry of plea, trial, and imposition of sentence, hereby waives her right to be personally

23 present in open court upon the hearing of any non-substantive post-trial proceeding in this case, including

24 any arraignment, status conference, review hearing, and/or when a continuance is ordered, and hereby

25 requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to

26 this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her

27 attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant

28 were personally present, and requests that this court allow her attorney-in-fact to represent her interests at

all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.

Defendant makes this request because she has a family emergency and will not be available for court on November 6, 2012, the date now set for arraignment on a violation of supervised release, and will be unable to attend court a period of time subsequent to that date.  Travel to court would be a personal hardship.  Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.  She further agrees to be present at any contested hearing or disposition hearing in this matter.

This request is made pursuant to Fed.R.Crim.P. 43(b)(2) and (3).

DATED:  October   30   , 2012

/s/ Kathleen Chapin-Ashcraft
Kathleen Chapin-Ashcraft
Defendant

DATED:  October   30   , 2012

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   October 30, 2012           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Waiver of Personal Appearance                -2-