Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE: 6:11-mj-00159-MJS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO VACATE |
| vs. | ) | CONTESTED HEARING DATE AND |
| | ) | SET NEW DATE |
| KATHLEEN M. CHAPIN-ASHCRAFT | ) | |
| | ) | |
| Defendant. | ) | Court: U.S. Magistrate |
| | ) | Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, Acting Legal Officer for the Government, and Francine Zepeda, legal representation for the Defendant, Kathleen Chapin-Ashcraft, that the Contested Hearing currently set for January 9, 2013, in the above-captioned matter be vacated, and a new Contested Hearing date set on January 29, 2013, at 10:00 a.m.

Dated: November 13, 2012        By: /s/ Matthew McNease
                                    Matthew McNease
                                    Legal Intern
                                    Yosemite National Park


Dated: November 13, 2012        By: /s/ Francine Zepeda
                                    Francine Zepeda
                                    Attorney for Defendant
                                    Kathleen Chapin-Ashcraft

1

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Contested Hearing, now set for January 9, 2013, and set a Contested Hearing for January 29, 2013, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Contested Hearing set for January 9, 2013, is vacated.
2. The above-captioned matter is now set for a Contested Hearing on January 29, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   November 20, 2012           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2