1  JOSEPH SCHLESINGER, CA Ba#87692
2  Acting Federal Defender FRANCINE ZEPEDA, Bar #091175 Assistant Federal
3  Defender Designated Counsel for Service
   2300 Tulare Street, Suite 330 Fresno,
4  California  93721-2226 Telephone: (559)
5  487-5561

6
   Attorney for Defendant
7  KATHLEEN
   CHAPIN-ASHCRAFT
8

9              IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF
11                        CALIFORNIA

12  UNITED STATES OF AMERICA,         ) NO. 6:11-mj-00159 MJS
                                      )
13          Plaintiff, v.              ) STIPULATION TO CONTINUE SENTENCING
                                         HEARING;  ORDER
14      KATHLEEN
15  CHAPIN-ASHCRAFT, Defendant.        Date: April 16, 2013 ) Time: 10:00 A.M.
16
                                      ) Judge: Honorable Michael J. Seng )
17                                    )

18      **IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective
19  attorneys, that the sentencing hearing in the above-referenced matter which is now set for March 6, 2013,
20  **may be continued to April 16, 2013, at 10:00 A.M.**
21      This continuance is requested by counsel for the defendant.  Counsel for Chapin Ashcraft just
22  received a list of medications requested by the Court.  Counsel needs time to review the list and provide
23  it to the government prior to the sentencing.  Additionally, counsel needs more time to prepare the
24  sentencing memorandum in this matter as the recommended penalty is substantial.  The reason for the
25  length of the continuance is that counsel commences a trial on March 19, 2013, which is expected to last
26  until April 10, 2013.   /// ///
27
28      The requested continuance will conserve time and resources for both counsel and the court.  The
    government does not object to this request. Because this is a sentencing hearing, no exclusion of time
    waiver is needed for the period of time set forth herein.

| | |
|---|---|
| | BENJAMIN B. WAGNER United States Attorney |
| DATED: February 28, 2013 | /s/ Susan St. Vincent |
| | SUSAN ST. VINCENT Acting Legal Officer National Park Service |
| | |
| | JOSEPH SCHLESINGER Acting Federal Defender |
| | /s/ Francine Zepeda |
| DATED: February 28, 2013 | FRANCINE ZEPEDA Assistant Federal Defender Attorney for Defendant KATHLEEN CHAPIN-ASHCRAFT |

ORDER

The Court, having reviewed the above request for a continuance of the March 6, 2013 sentencing hearing until April 16, 2013, AND GOOD CAUSE APPEARING, HEREBY ORDERS AS FOLLOWS:

1) The sentencing hearing in the above entitled matter shall be continued to April 16, 2013 at 10:00 a.m., at the Yosemite Court **UNLESS Counsel's trial in the other case referred to above does not commence as scheduled on or about March 19, in which event said Counsel shall so notify this Court and opposing Counsel and the sentencing hearing herein shall be held at 10:00 a.m. on April 2, 2013 in the Yosemite Court.**

IT IS SO ORDERED.

Dated:   March 1, 2013                              /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE