# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**KATHLEEN CHAPIN-ASHCRAFT**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **6:11MJ0159-001**

FRANCINE ZEPEDA

Defendant's Attorney

**THE DEFENDANT:**

[ ]  admitted guilt to violation of charge ___ as alleged in the violation petition filed on ____.
[x]  was found in violation of condition(s) of supervision as to charge(s) 1 after denial of guilt, as alleged in the violation petition filed on 09/28/2012.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | Failure to Participate in a Program of Drug Testing | September 4, 2012 |

The court: [ ] revokes: [X] modifies: [] continues under same conditions of supervision heretofore ordered on 7/31/2012

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/19/2013
Date of Imposition of Sentence

/s/ Michael J. Seng
Signature of Judicial Officer

Michael J. Seng, U.S. Magistrate Judge
Name & Title of Judicial Officer

06/21/2013
Date

# PROBATION

The defendant's probation formally ordered on July 31,2012 is hereby continued and modified.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.), as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of her person, property, home and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in outpatient correctional treatment program to obtain assistance with drug and alcohol abuse.

3. As directed by the probation officer, the defendant shall participate in and successfully complete a 90 day residential drug treatment program.

4. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

5. The defendant shall select one licensed California physician who shall assume responsibility for prescribing for defendant any medication that carries with it a caution/warning against operating machinery or vehicles while taking the medication or similar warning. The defendant shall not posses nor consume any such medicine from any source other than that one selected physician or a physician authorized by that one selected physician. The probation officer shall be advised of the name of that one selected physician and of all such medicines prescribed for defendant. Defendant shall sign a form of waiver or release of information authorizing the probation officer to communicate fully and exchange information with the defendant's physician, and the physician with the probation officer, regarding defendants health and health records.

6. Defendant shall advise the physician selected in accordance with the preceding paragraph that she has a history of drug abuse, that she has multiple Driving Under the Influence convictions and that she is on probation for her most recent offense. The defendant shall provide the probation officer with the prescribing physician's signed written verification that such notice has been given.

7. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

8. The defendant shall not operate a motor vehicle without further notice of this Court.

9. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

10. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under the contract with the United States Probation Office of up to $25 per month.

## SPECIAL CONDITIONS OF SUPERVISION CONTINUED

11. Pursuant to 18 USC 3653 (b)(10), the defendant shall serve 180 days in the custody of the Bureau of Prisons; 117 to be served immediately, with 27 days credit for time served (leaving a net total of 90 days to be served pursuant to this paragraph). The remainder of 63 days are stayed and may be vacated upon successful completion of one year of probation. In the event the defendant initiates and maintains participation in a residential drug treatment program prior to the date set (below) for surrender for her term of imprisonment as provided herein, she may petition the Court for modification of the report date and/or the term of imprisonment.

    **IT IS FURTHER ORDERED** that the defendant, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal at Fresno before 2p.m. on August 21, 2013. The defendant is further advised it is a criminal offense punishable by consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court.