HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KATHLEEN CHAPIN-ASHCRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  6:11-mj-00159 MJS |
| Plaintiff, | ) | |
| vs. | ) | ORDER ON MOTION TO TERMINATE PROBATION |
| KATHLEEN CHAPIN-ASHCRAFT, | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to the Defendant's motion to terminate early the Defendant's term of probation in case No. 6:11-mj-00159 MJS, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satisfied that such action is warranted by the conduct of the Defendant and that the termination is in the interest of justice and hereby discharges the Defendant from her probationary term under18 U.S.C. § 3564(c).

IT IS SO ORDERED.

Dated:   February 19, 2015          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Chapin-Ashcraft/Motion to Terminate Probation [proposed] Order      -2-